

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**September 28, 2020**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**Re:     Transmittal of Notice of Appeal to District Court:**

In RE: MUFG Union Bank, N.A. v. Brower, Sr. et al; Adversary #17-05044; Judge M.Elaine Hammons

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report

Notice of Appeal and Statement of Election
Order  After Trial
Judgment
BNC Served Notice of Appeal

**Filing Fee**: ☒ Paid $ 298.00      ☐ Not Paid   ☐ Fee Waived   ☐ Fee Waiver Pending

If you have any questions, please contact me at **408-278-7569**          .

Edward Emmons, Clerk
United States Bankruptcy Court

By: /s/ Angela Wong
                                        Deputy Clerk