Babak Samini, Esq. (SBN 181796)
**THE SAMINI FIRM APC**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 724-0900
Facsimile: (949) 724-0901

Attorney for Appellant,
ANTHONY NOBLES

# UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | District Case No.: 5:20-cv-06889-EJD<br><br>Adversary No.: 17-05044-MEH<br><br>Bankruptcy Case No.: 15-50801<br><br>Chapter 11 |
| MUFG UNION BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50,<br><br>Defendants. | **SECOND JOINT STIPULATION TO EXTEND APPELLANT'S TIME TO FILE PRINCIPAL BRIEF BY 30 DAYS** |

- 1 –
**SECOND JOINT STIPULATION TO EXTEND APPELLANT'S TIME TO FILE PRINCIPAL BRIEF BY 30 DAYS**

## **RECITALS**

WHEREAS, the initial deadline for Appellant Anthony Nobles ("Appellant") to file his opening brief is May 7, 2021;

WHEREAS, on May 7, 2021, Appellant and Appelle MUFG Union Bank, N.A. ("Appellee") stipulated to extend the time for Appellant to file his opening brief by 30 days;

WHEREAS, on May 7, 2021, the Court granted the stipulation such that the current deadline is June 7, 2021;

WHEREAS, Appellant and Appelle have agreed to a final extension of time for Appellant to file his opening brief by 30 days such that the new deadline shall be July 7, 2021;

WHEREAS, Appellant represents that this extension is is necessary to complete Appellant's brief because his counsel continues to operate with a significantly reduced office staff (support and attorneys) while preparing for a substantial trial commencing on June 7, 2021, the current deadline for Appellant's brief, and completing and filing an appellate brief in an unrelated matter;

WHEREAS, this request is made in good faith and for the reasons set forth above and not for the purposes of delay.

///

///

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between and among Appellant and Appellee, by and through their respective counsel of record, and subject to the concurrence of the Court, to jointly request that the Court extend Appellant's deadline to file his principal brief from June 7, 2021 to July 7, 2021;

IT IS HEREBY FURTHER STIPULATED AND AGREED that Appellee's principal and response brief shall be due on August 9, 2021; and

IT IS HEREBY FURTHER STIPULATED AND AGREED that Appellant's response and reply shall be due on August 23, 2021.

**THE SAMINI FIRM APC**

Date:  June 2, 2021          By: _____
                                Bobby Samini
                                Attorney for Appellant,
                                ANTHONY NOBLES

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

Date:  June 2, 2021          By:   /s/ Isaiah Weedn
                                Michael M. Lauter
                                Isaiah Weedn
                                Attorneys for Appellee,
                                MUFG UNION BANK, N.A.

THE SAMINI FIRM APC
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 650 Town Center Drive, Suite 1700, Costa Mesa, California 92626. On this date, I served the foregoing documents described as **SECOND JOINT STIPULATION TO EXTEND APPELLANT'S TIME TO FILE PRINCIPAL BRIEF; [PROPOSED] ORDER**, on the interested party(ies) listed below in this action as follows:

| | |
|---|---|
| Isaiah Z. Weedn<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>650 Town Center Drive, 10th Floor<br>Costa Mesa, CA 92626<br>iweedn@sheppardmullin.com | Michael M. Lauter<br>Stephen B. Sacks<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>mlauter@sheppardmullin.com<br>ssacks@sheppardmullin.com |
| Stephan A. Barber<br>JRG ATTORNEYS AT LAW<br>318 Cayuga Street<br>Salinas, CA 93901<br>steve@jrgattorneys.com | |

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 2, 2021, at Costa Mesa, California.



Bobby Samini