```
John van Loben Sels (Bar. No. 201354)
Soyeun D. Choi (Bar 211344)
FISH IP LAW, LLP
2603 Main Street, Suite 1000
Irvine, CA 92614-4271
Telephone: (949) 943-8300 Facsimile:
(949) 943-8358
Email: jvanlobensels@fishiplaw.com
Email: schoi@fishiplaw.com
```

*Attorneys for Appellant,*
ANTHONY NOBLES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re: | District Case No.: 5:20-cv-06889-EJD |
| ROBERT BROWER, SR., | Bankruptcy Case No.: 15-50801 |
| Debtor. | Chapter 11 |
| | Adversary No.: 17-05044-MEH |
| MUFG UNION BANK, N.A., | **NOTICE OF APPEARANCE ON BEHALF OF APPELLANT ANTHONY NOBLES** |
| Plaintiff, | |
| vs. | |
| ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50, | |
| Defendants. | |

NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | **TO THE CLERK OF THIS COURT AND ALL PARTIES OF** |
| 2 | **RECORD:** |
| 3 | PLEASE TAKE NOTICE that John van Loben Sels of Fish IP Law, LLP, |
| 4 | hereby enters an appearance as counsel for Appellant Anthony Nobles in the |
| 5 | above-referenced action.  Please serve said counsel with all pleadings and notices |
| 6 | in this action. |
| 7 | |
| 8 | John van Loben Sels (Bar. No. 201354)<br>FISH IP LAW, LLP |
| 9 | 2603 Main Street, Suite 1000<br>Irvine, CA 92614-4271 |
| 10 | Telephone: (949) 943-8300<br>Facsimile:  (949) 943-8358 |
| 11 | Email:  jvanlobensels@fishiplaw.com |
| 12 | |
| 13 | |
| 14 | Dated: June 30, 2021              **FISH IP LAW, LLP** |
| 15 | |
| 16 | By:  _/s/John van Loben Sels_<br>        John van Loben Sels, Esq. |
| 17 |         Attorneys for Appellant,<br>        ANTHONY NOBLES |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's CM/ECF system on June 30, 2021, with the consent of the above identified signatory.

**Respectfully submitted,**

**FISH IP LAW, LLP**

**Dated:** June 30, 2021           */s/ Soyeun D. Choi*
                                    Soyeun D. Choi
                                    Attorneys for Appellant,
                                    ANTHONY NOBLES