1
2
3
4
5
6
7

**UNITED STATES BANKRUPTCY COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>　ROBERT BROWER, SR.,<br><br>　Debtor. | District Case No.: 5:20-cv-06889-EJD<br><br>Bankruptcy Case No.: 15-50801<br><br>Chapter 11 |
| MUFG UNION BANK, N.A.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>　ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50,<br><br>　　　　Defendants. | Adversary No.: 17-05044-MEH<br><br>**[~~PROPOSED~~] ORDER GRANTING APPELLANT'S EX PARTE APPLICATION FOR RELIEF AND REQUEST FOR EXTENSION OF TIME TO FILE OPENING BRIEF UNTIL AUGUST 6, 2021** |

[PROPOSED] ORDER

**[~~PROPOSED~~] ORDER**

The Court has read and considered Appellant Anthony Nobles' ("Nobles" or "Appellant") Ex Parte Application for Relief.  For good cause shown, the Court grants Appellant's Application.

Appellant's deadline to file his principal brief is extended from July 7, 2021 to August 6, 2021.

Respondent's principal and response brief shall be due on September 6, 2021.

Appellant's respone and reply shall be due on September 20, 2021.

No further extensions will be granted absent a compelling showing of good cause.

**IT IS SO ORDERED.**

DATED: July _6_, 2021

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's CM/ECF system on June 30, 2021, with the consent of the above identified signatory.

                                        **Respectfully submitted,**

                                        **FISH IP LAW, LLP**

**Dated:** June 30, 2021                */s/ Soyeun D. Choi*
                                            Soyeun D. Choi
                                            Attorneys for Appellant,
                                            ANTHONY NOBLES