SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ISAIAH Z. WEEDN, Cal. Bar No. 229111
iweedn@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:   714.513.5100
Facsimile:   714.513.5130

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:   415-434-9100
Facsimile:   415-434-3947

Attorneys for Plaintiff/Respondent
MUFG Union Bank, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>ROBERT BROWER, SR.,<br><br>    Debtor,<br><br>MUFG UNION BANK, N.A.,<br><br>    Plaintiff,<br>v.<br><br>ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50,<br><br>    Defendants. | District Case No.: 5:20-cv-06889-EJD<br><br>Bankruptcy Case No.: 15-50801<br><br>Chapter 11<br><br>Adversary No.: 17-05044-MEH<br><br><br>**STIPULATION TO EXTEND RESPONDENT MUFG UNION BANK, N.A.'S DEADLINE TO FILE PRINCIPAL/RESPONSE BRIEF** |

**RECITALS**

WHEREAS, the initial deadline for Appellant Anthony Nobles ("Appellant") to file his principal brief was May 7, 2021;

WHEREAS, Appellant's deadline to file his principal brief was extended on three occasions – twice pursuant to the parties' stipulation and once pursuant to Appellant's ex parte application – for an aggregate total of ninety-two (92) days;

WHEREAS, pursuant to the Court's July 6, 2021 order (Dkt. 14) (the "Order"), Appellant filed his principal brief on August 6, 2021;

WHEREAS, pursuant to the Order, respondent MUFG Union Bank, N.A.'s ("Respondent") principal and response brief is currently due on September 6, 2021 and Appellant's response and reply brief is due on September 20, 2021; and

WHEREAS, Appellant and Respondent have agreed to an extension of time for Respondent to file its principal and reply brief by thirty (30) days such that the new deadline shall be October 6, 2021.

NOW, THEREFORE, Appellant and Respondent hereby stipulate and agree, subject to the concurrence of the Court, as follows:

**STIPULATION**

Respondent's deadline to file its principal and response brief shall be extended from September 6, 2021 to October 6, 2021; and

Appellant's response and reply brief shall be due on November 5, 2021.

IT IS SO STIPULATED.

Dated: September 3, 2021

FISH IP LAW, LLP

By  */s/ John Van Loben Sels*
JOHN VAN LOBEN SELS
Attorneys for Defendant/Appellant Anthony Nobles

1  Dated: September 3, 2021

2                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                         By        */s/ Isaiah Z. Weedn*
5                                    ISAIAH Z. WEEDN
                              Attorneys for Plaintiff/Respondent MUFG Union
6                                             Bank, N.A.