UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re: | District Case No.: 5:20-cv-06889-EJD |
| ROBERT BROWER, SR., | Bankruptcy Case No.: 15-50801 |
| Debtor, | Chapter 11 |
| MUFG UNION BANK, N.A., | Adversary No.: 17-05044-MEH |
| Plaintiff,<br>v. | |
| ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50,<br><br>Defendants. | [~~PROPOSED~~] ORDER RE STIPULATION TO EXTEND RESPONDENT MUFG UNION BANK, N.A.'S DEADLINE TO FILE PRINCIPAL/RESPONSE BRIEF |

-1-

District Case No.: 5:20-cv-06889-EJD

SMRH:4821-6079-1801.1    [PROPOSED] ORDER STIPULATION TO EXTEND RESPONDENT MUFG UNION BANK, N.A.'S DEADLINE TO FILE PRINCIPAL/RESPONSE BRIEF

# [~~PROPOSED~~] ORDER

Pursuant to the parties' Stipulation to Extend Respondent MUFG Union Bank,. N.A.'s Deadline to File Principal/Response Brief, the Court HEREBY ORDERS AS FOLLOWS:

Respondent MUFG Union Bank,. N.A.'s deadline to file its principal brief is extended from September 6, 2021 to October 6, 2021; and

Appellant Anthony Nobles' response and reply brief shall be due on November 5, 2021.

IT IS SO ORDERED.

DATED:  September  3 , 2021

_____
Hon. Edward J. Davila
United States District Judge