1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10

11 | IN RE:                              Case No.  5:20-cv-06889-EJD

12 |    ROBERT BROWER, SR.,        **ORDER RE SUPPLEMENTAL**
                                        **BRIEFING**
13 |              Debtor.

14 | ANTHONY NOBLES,

15 |           Appellant,

16 |     v.

17 | MUFG UNION BANK, N.A.,

18 |           Appellee.

19          The parties are hereby ordered to file supplemental briefing of no more than fifteen (15)

20  pages addressing the following issues:

21          1.  Whether the injury alleged—the dilution of Debtor Robert Brower, Sr.'s ("Brower")

22              ownership interest in Coastal Cypress Corporation ("Coastal")—is a direct injury to

23              Brower's bankruptcy estate, or if it is an injury to Coastal such that claims related to

24              the dilution may only be brought derivatively on behalf of Coastal.

25          2.  Whether the issue of derivative standing is a matter of constitutional standing that may

26              not be waived, or if it is a matter of prudential standing that may be waived or

27              otherwise forfeited.

28  Case No.: 5:20-cv-06889-EJD
    ORDER RE SUPPLEMENTAL BRIEFING
                                        1

United States District Court
Northern District of California

3.   If it is determined that Appellant lacks standing to directly pursue claims related to the dilution of ownership interests and can only pursue such claims derivatively, what is the proper appellate remedy for addressing that determination, and what effect does that determination have on other issues in the adversary proceedings?

The parties shall file their supplemental briefs by **5 pm** on **May 5, 2023**.

   **IT IS SO ORDERED.**

Dated: April 13, 2023

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

Case No.: 5:20-cv-06889-EJD
ORDER RE SUPPLEMENTAL BRIEFING

2